

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark McLean Saunders<br><br>　　　　　　　　　　Petitioner<br>v.<br><br>People of the State of California;<br>R. Rackley;<br>Kamala D. Harris,<br><br>　　　　　　　　　　Respondents | Civil Action No.   15cv2875-GPC(JLB)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This Court adopts the Magistrate Judge's Report and Recommendation, denies the Petition for a Writ of Habeas Corpus, and denies a Certificate of Appealability.

Date:   7/30/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman
　　　　　　　　　　　　R. Chapman, Deputy